UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **INDUSTRIAL PACKAGING CORP.** | **CIV. ACTION NO. 5:22-05972** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **UNION INSURANCE COMPANY OF PROVIDENCE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to remand [Record Document 6] filed by Plaintiff Industrial Packaging Corporation is hereby **DENIED**.

THUS DONE AND SIGNED this 11th day of April, 2023, Shreveport, Louisiana.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE